**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| CHINTAN ASHOKKUMAR PATEL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>Respondent. | CIVIL ACTION NO.: 5:26-cv-292 |

**ORDER**

The Court conducted an informal telephonic conference with the parties on October 8, 2026. During the conference, Respondent's counsel stated that she would file a motion to dismiss **on or before October 22, 2026**. Petitioner shall have **up to and including November 5, 2026**, to file any desired response to the motion to dismiss. The parties, in their briefing, are to address the statutory basis of Petitioner's present detention—whether under 8 U.S.C. § 1225(b) or § 1231(a)—and the legal significant of the basis for Petitioner's detention. The parties shall also clarify the status of Petitioner's appeal of the immigration judge's order of removal before the Board of Immigration Appeals ("BIA"). If there are any updates on Petitioner's status during the pendency of this case or any other factual updates to provide, the parties are to notify

the Court. In addition, the parties are to discuss any issues they did not specifically address in the already filed briefing.

**SO ORDERED**, this 15th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA